ORIGINAL

FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0408

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0408

PEGGY LYNN SHUSTER,

Petitioner and Appellant,

v.

JOHN WARREN STEPHENS,

Respondent and Appellee.

FILED

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing herself, Peggy Lynn Shuster has filed a verified Petition for an Out-of-Time Appeal, indicating that she improperly filed a timely Notice of Appeal with the District Court. She includes a copy of the final judgment.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

On June 22, 2022, the Fourteenth Judicial District Court, Mussellshell County, issued an Order Finding No Common Law Marriage and Order of Dismissal of the underlying proceeding. Shuster states that within a week, she filed a Notice of Appeal with the District Court because she feels that she "did not have a Fair trial." Shuster mentions that she needs time to file her opening brief. According to this Court's Montana Rules of Appellate Procedure, she may seek an extension of time to file an opening brief after this Court receives the District Court record. M. R. App. P. 8(1). Upon review, we conclude that Shuster has demonstrated extraordinary circumstances to warrant this appeal. Therefore,

IT IS ORDERED that Shuster's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that Shuster shall FILE, PREPARE, and SERVE a Notice of Appeal with this Court on or before Thursday, September 8, 2022. Failure to file this Notice will result in dismissal of this appeal and without further notice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Peggy Lynn Shuster along with a copy of this Court's Civil Appellate Handbook for rule reference and timelines.

The Clerk is further directed to file Shuster's accompanying Request for Transcripts in this appeal.

DATED this _____ day of August, 2022.

 

_____
Chief Justice

 

_____

_____

_____

_____
Justices

2